**Debra Kramer, PLLC**
Attorney At Law
10 Pantigo Road
Suite 1
East Hampton, NY 11937
Telephone: 516-482-6300
Facsimile: 516-482-6317

December 15, 2021

Clerk of the Court
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York 11722

Attn: Max Bonga
　　　Financial Administrator

Re:　Jose Riera Carrion
　　　Case No. 13-45022-ess

Dear Mr. Bonga:

　　I am the Chapter 7 Trustee appointed for the estate of Jose Riera Carrion. I enclose check numbered 10100 made payable to the "Clerk of the Court" representing an unclaimed distribution in the amount of $29,139.22 to Western Union Financial Services, Inc. with respect to Claim 2-1. Western Union Financial Services, Inc.'s last known address reflected on Claim 2-1 is Western Union Financial Services, Inc., c/o David Machuca, 12500 East Belford, Englewood, CO 80112.

　　Thank you.

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　*Debra Kramer, Trustee*

　　　　　　　　　　　　　　　　　　　Debra Kramer
　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

Enclosure